THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH COHEN and Another, Appellants.— Judgment of conviction unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Application of CHARLES HALCOTT, Ex-patrolman of the City of Oneonta, Respondent, against THE COMMON COUNCIL OF THE CITY OF ONEONTA and THE BOARD OF PUBLIC SAFETY, Appellants.— Order reversed, on the law, with ten dollars costs and disbursements, on the ground that the court had no jurisdiction. Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.

LEMON THOMSON REALTY CORPORATION, Respondent, v. ISADORE BECKER, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Application of HERMAN MEIER, Appellant, for a Peremptory Mandamus Order against HERBERT BOGARDUS and Others, and Their Successors in Office, Constituting the Board of Supervisors of the County of Greene, in the State of New York, Respondents.— Order reversed, on the law and facts, with ten dollars costs and disbursements. Order for alternative mandamus granted, to determine the questions of fact raised by the petition and the answering affidavits. Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ., concur.

JULIA A. HENNESSY, Respondent, v. THE STATE OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

JOSEPH SKLADANOWSKI, Respondent, v. HELENA SKLADANOWSKI, Appellant.— Interlocutory judgment unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of EISENBERG FARMS, INC., Petitioner, for a Certiorari Order against CHARLES H. BALDWIN, as Commissioner of Agriculture and Markets of the State of New York, Respondent.* — Determination confirmed, with fifty dollars costs and disbursements. The court has considered and passed upon the constitutional question involved. Respondent is stayed and restrained from taking any proceedings to carry out his order, dated August 7, 1934, for twenty days hereafter, and if within that time the petitioner appeals to the Court of Appeals the stay is continued during the pendency and until the final determination of such appeal, upon the condition that within the twenty days following the service of a copy of the order to be entered hereon the petitioner furnish to the respondent the information which it can obtain from Isenberg Farm Products Corporation about the utilization and prices involved in its dealings with its Pennsylvania producers. Hill, P. J., Rhodes, Crapser and Heffernan, JJ., concur; Bliss, J., not voting.

MARTHA PERRY, Respondent, v. PETER BONVILLE, Appellant, and Others.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of BUFFALO CREAMERY CO., INC., for an Order of Certiorari against CHARLES H. BALDWIN, as Commissioner, etc.— The restraining provisions contained in the order dated August 30, 1934, for a return in the certiorari proceedings, are modified by adding thereto the following: Such stay shall not be construed as permitting the petitioner to engage in business as a milk dealer. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

* Affd., 265 N. Y. 662.